Roy S. Gordet SBN 103916
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. (415) 627-0300
Fax (415) 627-9020
roy@gordetlaw.com
Attorney for Defendant Harperson Engineering, P.C., d/b/a Perks-Reutter Associates; d/b/a Perks-Reutter Engineering; d/b/a John G. Reutter Engineering Associates; and d/b/a Reutter Engineering

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARPERSON ENGINEERING, P.C., a New Jersey corporation, doing business as PERKS-REUTTER ASSOCIATES and also doing business as PERKS-REUTTER ENGINEERING and further doing business as JOHN G. REUTTER ENGINEERING ASSOCIATES and also doing business as REUTTER ENGINEERING,<br><br>Defendant. | Case No.: C 05-04808 ~~BZ~~<br><br>STIPULATION RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>No Hearing Required |

Pursuant to Local Rule 6-1, Plaintiff and Defendant, by their undersigned respective counsel, hereby stipulate that the above-named Defendant shall have up to and including Tuesday, January 31, 2006 to answer or otherwise respond to the Complaint on file herein. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court.

As per Local Rule 6-1, this Stipulation for an extension of time to file a responsive pleading to a Complaint need not be presented to the Court for entry as a formal entry order, and only need be filed

1

1 | with the Clerk of the Court.

IT IS SO STIPULATED.

Law Office of Roy S. Gordet

Date: January ___, 2006

By: ___/rsgordet/___
Attorney for Defendant Harperson Engineering, P.C., d/b/a Perks-Reutter Associates; d/b/a Perks-Reutter Engineering; d/b/a John G. Reutter Engineering Associates; and d/b/a Reutter Engineering

Donahue, Gallagher & Woods LP

Date: January 19, 2006

By: _____
Attorneys for Plaintiff Autodesk, Inc.

January 20, 2006

IT IS SO ORDERED

Judge Charles R. Breyer