| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
|   | ERIC DONEY, #76260 |
| 2 | JULIE E. HOFER, #152185 |
|   | BRUCE S. EADS, #191047 |
| 3 | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 4 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, California 94612-3570 |
| 5 | P.O. Box 12979 |
|   | Oakland, California 94604-2979 |
| 6 | Telephone:  (510) 451-0544 |
|   | Facsimile:   (510) 832-1486 |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | AUTODESK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUTODESK, INC., a Delaware corporation, | | CASE NO. C05-04808 CRB |
| | Plaintiff, | STIPULATED [PROPOSED] ORDER |
| v. | | |
| HARPERSON ENGINEERING, P.C., a New Jersey corporation, doing business as PERKS-REUTTER ASSOCIATES and also doing business as PERKS-REUTTER ENGINEERING and further doing business as JOHN G. REUTTER ENGINEERING ASSOCIATES and also doing business as REUTTER ENGINEERING, | | |
| | Defendant. | |

1  The parties in the above-captioned action hereby stipulate through their attorneys of
2  record to a continuance of all dates and deadlines in the above-captioned action for six months,
3  including a continuance of the Case Management Conference currently scheduled for March 31,
4  2006 at 8:30 a.m. to Friday, September 29, 2006 at 8:30 a.m.  The parties hereby stipulate to the
5  aforementioned continuance to enable fulfillment of settlement obligations prior to entry of final
6  judgment.

7  Dated: February 10, 2006            DONAHUE GALLAGHER WOODS LLP

9                                       By: _____
                                           Lawrence K. Rockwell
10                                         Attorneys for Plaintiff
                                           AUTODESK, INC.

12  Dated: February __, 2006           LAW OFFICE OF ROY S. GORDET

14                                       By: _____
                                           Roy S. Gordet
15                                         Attorneys for Defendant
                                           HARPERSON ENGINEERING, P.C., a New
16                                         Jersey corporation, doing business as PERKS-
                                           REUTTER ASSOCIATES and also doing business
17                                         as PERKS-REUTTER ENGINEERING and further
                                           doing business as JOHN G. REUTTER
18                                         ENGINEERING ASSOCIATES and also doing
                                           business as REUTTER ENGINEERING

20  IT IS SO ORDERED

21  Dated: __February 14__, 2006

22                                       _____
                                         Hon. Charles R. Breyer, U.S. District Court Judge
                                         United States District Court for the Northern District of
23                                       California

*IT IS SO ORDERED — Judge Charles R. Breyer*

-1-

STIPULATED [PROPOSED] ORDER                                    CASE NO. C05-04808 CRB