1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   BRUCE S. EADS, #191047
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  300 Lakeside Drive, Suite 1900
   Oakland, California  94612-3570
5  P.O. Box 12979
   Oakland, California  94604-2979
6  Telephone:   (510) 451-0544
   Facsimile:    (510) 832-1486
7
   Attorneys for Plaintiff
8  AUTODESK, INC.

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12
   AUTODESK, INC., a Delaware          CASE NO.  C05-04808 CRB
13 corporation,
                                       STIPULATED [PROPOSED] ORDER
14          Plaintiff,

15     v.

16 HARPERSON ENGINEERING, P.C., a
   New Jersey corporation, doing business as
17 PERKS-REUTTER ASSOCIATES and
   also doing business as PERKS-REUTTER
18 ENGINEERING and further doing
   business as JOHN G. REUTTER
19 ENGINEERING ASSOCIATES and also
   doing business as REUTTER
20 ENGINEERING,

21          Defendant.

22
23
24
25
26
27
28

The parties in the above-captioned action hereby stipulate through their attorneys of record to a continuance of all dates and deadlines in the above-captioned action for six months, including a continuance of the Case Management Conference currently scheduled for Friday, September 29, 2006 at 8:30 a.m. to Friday, March 30, 2007 at 8:30 a.m. The parties hereby stipulate to the aforementioned continuance to enable fulfillment of settlement obligations prior to entry of final judgment.

Dated: August 1, 2006

DONAHUE GALLAGHER WOODS LLP

By: _____
Lawrence K. Rockwell
Attorneys for Plaintiff
AUTODESK, INC.

Dated: August 2, 2006

LAW OFFICE OF ROY S. GORDET

By: _____
Roy S. Gordet
Attorneys for Defendant
HARPERSON ENGINEERING, P.C., a New Jersey corporation, doing business as PERKS-REUTTER ASSOCIATES and also doing business as PERKS-REUTTER ENGINEERING and further doing business as JOHN G. REUTTER ENGINEERING ASSOCIATES and also doing business as REUTTER ENGINEERING

IT IS SO ORDERED

Dated: __August 21__, 2006

_____
Hon. Charles R. Breyer, U.S. District Court Judge
United States District Court for the Northern District of California

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal)

-1-

STIPULATED [PROPOSED] ORDER                                CASE NO. C05-04808 CRB