1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   BRUCE S. EADS, #191047
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
5  P.O. Box 12979
   Oakland, California 94604-2979
6  Telephone:  (510) 451-0544
   Facsimile:   (510) 832-1486
7
   Attorneys for Plaintiff
8  AUTODESK, INC.

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | AUTODESK, INC., a Delaware corporation, | CASE NO. C05-04808 CRB |
|---|---|---|
| 14 | Plaintiff, | STIPULATION; ORDER; RETENTION OF JURISDICTION |
| 15 | v. | |
| 16 | HARPERSON ENGINEERING, P.C., a New Jersey corporation, doing business as PERKS-REUTTER ASSOCIATES and also doing business as PERKS-REUTTER ENGINEERING and further doing business as JOHN G. REUTTER ENGINEERING ASSOCIATES and also doing business as REUTTER ENGINEERING, | |
| 21 | Defendant. | |

1  The parties to this action, by and through their respective counsel signing below, hereby
2  stipulate to the following:

3  1. Without admitting wrongdoing, Harperson Engineering, P.C., a New Jersey
4  corporation, doing business as Perks-Reutter Associates and also doing business as Perks-Reutter
5  Engineering and further doing business as John G. Reutter Engineering Associates and also doing
6  business as Reutter Engineering, (hereinafter "Defendant") and its respective agents, servants and
7  employees, and all other persons affiliated with Defendant, agree that they shall not anywhere in
8  the United States, unlawfully copy, reproduce, manufacture, duplicate, disseminate, distribute, or
9  use any unauthorized copies of copyrighted computer software products of Plaintiff that are the
10 subject of this proceeding including, but not limited to:

11 (a) AutoCAD® Land Development Desktop, Release 2 software; Autodesk®
12 AutoCAD® Land Development Desktop, Release 1 software; Autodesk® Civil Design, Release 2i
13 software; Autodesk® Civil Design, Release 1 software; Autodesk® Survey, Release 2i software;
14 Autodesk® Survey, Release 1 software; and Softdesk 8 Civil/Survey software; and

15 (b) any corresponding reference manuals and documentation relating to the
16 software products identified in Section 1(a).

17 2. The remaining claims for relief in this action have been settled with certain
18 additional obligations to be performed by the parties pursuant to the settlement. Further, the
19 parties agree that this Court is to retain complete jurisdiction over the settlement of the action.
20 The remaining action is hereby dismissed with prejudice provided, however, that this Court shall
21 expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce
22 performance of the terms of the parties' settlement agreement, and the parties to this action
23 consent to the jurisdiction of the Court for said purposes.

24
25
26
27
28

-1-

| | | |
|---|---|---|
| 1 | Dated: January 29, 2006 | DONAHUE GALLAGHER WOODS LLP |
| 2 | | |
| 3 | | By: *Lawrence K. Rockwell* |
| 4 | | Lawrence K. Rockwell<br>Attorneys for Plaintiff |
| 5 | Dated: Feb 1, 2006<br>January __, 2006 | AUTODESK, INC. |
| 6 | | LAW OFFICE OF ROY S. GORDET |
| 7 | | |
| 8 | | By: *Roy S. Gordet*<br>Roy S. Gordet |
| 9 | | Attorneys for Defendant<br>HARPERSON ENGINEERING, P.C., a New |
| 10 | | Jersey corporation, doing business as PERKS-<br>REUTTER ASSOCIATES and also doing business |
| 11 | | as PERKS-REUTTER ENGINEERING and further<br>doing business as JOHN G. REUTTER |
| 12 | | ENGINEERING ASSOCIATES and also doing<br>business as REUTTER ENGINEERING |
| 13 | Dated: January 31, 2006 | HARPERSON ENGINEERING, P.C. |
| 14 | | |
| 15 | | By: *Samuel Chris Perks* |
| 16 | | Samuel Chris Perks<br>President and Owner of |
| 17 | | HARPERSON ENGINEERING, P.C., a New<br>Jersey corporation, doing business as PERKS- |
| 18 | | REUTTER ASSOCIATES and also doing business<br>as PERKS-REUTTER ENGINEERING and further |
| 19 | | doing business as JOHN G. REUTTER<br>ENGINEERING ASSOCIATES and also doing |
| 20 | | business as REUTTER ENGINEERING |
| 21 | Dated: February 5, 2007 | IT IS SO ORDERED |
| 22 | | |
| 23 | | U.S. District *[Signed: Judge Charles R. Breyer]* |

IT IS SO ORDERED
Judge Charles R. Breyer

-2-